RECEIVED
IN LAKE CHARLES, LA
MAY - 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOHN QUIENALTY | : | DOCKET NO. 2:08CV01129 |
| VS. | : | JUDGE MINALDI |
| MICHAEL F. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons stated therein,

IT IS ORDERED, ADJUDGED and DECREED that the decision of the Commissioner denying social security disability benefits IS AFFIRMED.

Lake Charles, Louisiana, this _____ day of May, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE